# EXHIBIT 2



**Secunda Atlantic Inc.**
1 Canal Street
Dartmouth, Nova Scotia   B2Y 2W1
CANADA
Tel: (902) 465-3400
Fax: (902) 465-2578

# INVOICE

To:  MARITIMA DE ECOLOGIA SA DE CV
Calle 35-B No 70, Entre 66y 68
Col. San Agustin del Palmar
Cd del Carmen
Campeche CP 24188
Mexico

Attn: Gabriel Delgado/Roman Hernandez

Document Number: 108682
Document Date: April 24, 2007
Vessel: VENTURE SEA

Terms: Net 30 Days
Reference:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| To charge your account for charter hire of the Venture Sea as follows: | 27.0000 days | 16,450.00 | 444,150.00 |
| On-hire 00:00 hrs April 01, 2007 to 24.00 hrs April 27, 2007 | | | |
| To credit your account for crew wages and catering | 27.0000 each | -1,353.81 | -36,552.87 |

Pemex Contract 418245817

Total prior to tax: $ 407,597.13
Total taxes (HST R104-770-755)   0.00
Total   USA$ 407,597.13


Past due accounts are subject to an interest charge of 2% per month (26.8% per annum)

PLEASE REMIT BY WIRE TO:
Secunda Atlantic Inc.
Canadian Imperial Bank of Commerce
56 Portland St., Dartmouth, Nova Scotia
Swift : CIBCCATT  Clearing Code: //CC001000303
Transit 00303, Account 05-21213