JUDGE KAPLAN

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
SECUNDA MARINE SERVICES LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECUNDA MARINE SERVICES LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MARITIMA DE ECOLOGIA SA DE CV,<br><br>Defendant. | 07 Civ. _____<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

   I, Michael J. Frevola, attorney for Plaintiff Secunda Marine Services Limited ("Secunda"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: **Secunda does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.**

Dated:   New York, New York
         October 11, 2007

                              HOLLAND & KNIGHT LLP

                         By: _____
                              Michael J. Frevola
                              Lissa D. Schaupp
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:   (212) 385-9010

                              *Attorneys for Plaintiff*