Keith B. Dalen, Esq. (KD-4997)
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant, Maritima De Ecologia S.A. de C.V.
45 Broadway, Suite 1500
New York, NY 10006
212-669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECUNDA MARINE SERVICES LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MARITIMA DE ECOLOGIA SA DE CV,<br><br>Defendant. | 07 Civ. 8787 (LAK) |

## NOTICE OF APPEARANCE

Hill Rivkins & Hayden LLP, by Keith B. Dalen, hereby gives notice to all parties, of its appearance as counsel for Defendant, Maritima de Ecologia S.A. de C.V.

Dated: New York, NY
October 31, 2007

                                        HILL RIVKINS & HAYDEN LLP
                                        Attorneys for Defendant, Maritima De
                                        Ecologia S.A. de C.V.

By: _/s/ Keith B. Dalen_
Keith B. Dalen (KD-4997)
45 Broadway, Suite 1500
New York, NY 10006
212-669-0600