Keith B. Dalen, Esq. (KD-4997)
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant, Maritima De Ecologia S.A. de C.V.
45 Broadway, Suite 1500
New York, NY 10006
212-669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDA MARINE SERVICES LIMITED,

Plaintiff,

-against-

MARITIMA DE ECOLOGIA SA DE CV,

Defendant.

07 Civ. 8787 (LAK)

**Rule 7.1 Statement**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MARITIMA DE ECOLOGIA S.A. DE C.V. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: New York, NY
       October 31, 2007

                                 HILL RIVKINS & HAYDEN LLP
                                 Attorneys for Defendant, Maritima De
                                 Ecologia S.A. de C.V.

By: _____
                                 Keith B. Dalen (KD-4997)
                                 45 Broadway, Suite 1500
                                 New York, NY 10006
                                 212-669-0600