KAPLAN, S.

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
SECUNDA MARINE SERVICES LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECUNDA MARINE SERVICES LIMITED,

   Plaintiff,

-against-

MARITIMA DE ECOLOGIA SA DE CV,

   Defendant.

07 Civ. 8787 (LAK)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

  PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Secunda Marine Services Limited, by and through its attorneys of record, dismisses this entire action *with prejudice*.

Dated: November 2, 2007

[USDS SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/6/07]

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York 10007
(212) 513-3200
(212) 385-9010 fax

*Attorneys for Plaintiff*
*Secunda Marine Services Limited*

SO ORDERED:

_____
U.S.D.J.
11/5/07